**In re: Raymond A. EDELMAN and Margaret W. Edelman, Debtors.**

**Raymond A. Edelman, Appellant– Appellant,**

**v.**

**Arnold L. Kupetz, Chapter 7 Trustee; et al., Appellees–Appellees.**

**No. 01–55001.**
**BAP No. CC–99–01834–RiPMo.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* Because we unanimously find this case suitable for decision without oral argument, we deny Edelman's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Raymond Edelman appeals the Bankruptcy Appellate Panel's ("BAP") decision affirming the bankruptcy court's denial of his homestead exemption claim. We have jurisdiction under 28 U.S.C. § 158(d). We review de novo the BAP's legal conclusions and review for clear error the BAP's factual determinations, *McClellan Fed. Credit Union v. Parker (In re Parker),* 139 F.3d 668, 670 (9th Cir.1998), and we affirm for the reasons stated in the BAP's memorandum disposition filed November 28, 2000.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

